## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

DELBERT F. CATER,
     Plaintiff,

vs.                   Case No. 3:08cv93/MCR/MD

CENTURY CORRECTIONAL
INSTITUTION, et al.,
     Defendants.
_____

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action in March 2008 by filing a civil rights complaint. However, he failed to include a motion to proceed *in forma pauperis* or pay the filing fee and plaintiff was instructed to do so within thirty (30) days (doc. 4).

After receiving no response from plaintiff, this court entered an order (doc. 5) directing plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court. To date, plaintiff has failed to comply with this court's orders or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be dismissed without prejudice for failure to prosecute and failure to comply with an order of the court.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of June, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control*.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**